JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 9 2005

FILED
CLERK'S OFFICE

## *DOCKET NO. 1629*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION*

> *Mary Cooper, et al. v. Pfizer, Inc.*, N.D. Mississippi, C.A. No. 2:04-255
> *Leroy Anderson, et al. v. Pfizer, Inc., et al.*, N.D. Mississippi, C.A. No. 4:04-275
> *Linda Barker v. Pfizer, Inc., et al.*, E.D. Texas, C.A. No. 2:04-309

## *BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

### *TRANSFER ORDER*

Before the Panel are motions brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in two Northern District of Mississippi actions and in one Eastern District of Texas action. Plaintiffs move to vacate the Panel's order conditionally transferring the actions to the District of Massachusetts for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Patti B. Saris. Defendants Pfizer Inc. (Pfizer) and three Pfizer affiliates support transfer of the two Mississippi actions and agree with plaintiff in the Texas action that the Texas action need not be transferred.

On the basis of the papers filed and hearing session held, the Panel finds that these three actions involve common questions of fact with actions in this litigation previously transferred to the District of Massachusetts, and that transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel is persuaded that transfer of the actions is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. The Panel held that the District of Massachusetts was a proper Section 1407 forum for actions sharing factual questions arising out of allegations that common defendants had engaged in the illegal promotion and sale of the drug Neurontin for "off-label" use. *See In re Neurontin Marketing and Sales Practices Litigation*, 342 F.Supp.2d 1350 (J.P.M.L. 2004).

Plaintiffs argue that their actions should not be transferred because the actions do not share sufficient questions of fact with the previously centralized MDL-1629 actions. They stress that theirs are actions brought to recover for personal injuries, not economic injuries (as was the case with the originally centralized actions in this litigation). Responding defendants do not appear to view the presence of personal injury allegations to be an impediment to transfer, because they support transfer

- 2 -

of the two Mississippi actions. They would exclude the Texas action from transfer, however, because of the nature of the personal injuries alleged (bone fractures), and because the Texas action is brought by a single plaintiff (as opposed to the multiple plaintiffs joined in the two Mississippi actions). We point out that transfer under Section 1407 does not require a complete identity or even majority of common factual or legal issues as a prerequisite to transfer. Here the complaints in all three actions contain allegations that defendants improperly engaged in a scheme or plan to promote the off-label use of Neurontin, and that this conduct contributed to the personal injuries they sustained as a result of ingestion of the drug. Transfer under Section 1407 will thus permit these actions to proceed before a single transferee judge who i) is already familiar with the off-label promotion allegations raised in previously centralized MDL-1629 actions brought on behalf of persons seeking to recover for Neruontin purchases made for unapproved purposes, and ii) can structure pretrial proceedings to consider all parties' legitimate discovery needs, while ensuring that common parties and witnesses are not subjected to discovery demands which duplicate activity that will occur or has already occurred in other MDL-1629 actions. The transferee court remains free, of course, to formulate a pretrial program that allows discovery with respect to any non-common issues in these (or any additional MDL-1629) personal injury actions to proceed concurrently with remaining discovery on common issues, *In re Joseph F. Smith Patent Litigation*, 407 F.Supp. 1403, 1404 (J.P.M.L. 1976).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the District of Massachusetts and, with the consent of that court, assigned to the Honorable Patti B. Saris for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

IT IS FURTHER ORDERED that MDL-1629 is renamed as follows: MDL-1629 – *In re Neurontin Marketing, Sales Practices and Products Liability Litigation.*

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

JURY

# U.S. District Court
## Northern District of Mississippi (Greenville Division)
## CIVIL DOCKET FOR CASE #: 4:04-cv-00275-WAP-EMB

Anderson, et al v. Pfizer, Inc., et al
Assigned to: W. Allen Pepper
Referred to: Eugene M. Bogen
Demand: $0
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 08/31/2004
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**
**Leroy Anderson**

represented by **Levi Boone, III**
BOONE LAW FIRM
P. O. Box 1772
Cleveland, MS 38732-1772
(662) 843-7946
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Lois Adams**

represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Marie A. Barber**

represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Jerrell M. Bearden**

represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Sue Beckum**

represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roy Carrol**                          represented by **Levi Boone, III**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Shirley Drennan**                     represented by **Levi Boone, III**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Faith Renee Ford**                    represented by **Levi Boone, III**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Annie nmi Gatewood**                  represented by **Levi Boone, III**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kenneth Anthony Green**               represented by **Levi Boone, III**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lee Allan Haley**                     represented by **Levi Boone, III**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Melvin Harris**                       represented by **Levi Boone, III**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**James nmi Hunter**                    represented by **Levi Boone, III**
                                        (See above for address)
                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charlotte Jenkins**                    represented by **Levi Boone, III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Marie Knight**               represented by **Levi Boone, III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonya Lewis**                          represented by **Levi Boone, III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Lott**                         represented by **Levi Boone, III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Lowe**                           represented by **Levi Boone, III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Torry Martin**                 represented by **Levi Boone, III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Warren Nancy**                         represented by **Levi Boone, III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna M. Pierce**

represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney E. Plant**

represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Allen Prince**

represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Ann Rhodes**

represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Smith, Jr.**

represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louisia Smith**

represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory nmi Suber**

represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlene Thomas**

represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Re'Shedia Young**                          represented by **Levi Boone, III**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Pfizer, Inc.**
*individually and as sucessor in interest*
*to Parke-Davis*

**Defendant**

**Warner Lambert Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2004 | 1 | COMPLAINT for product injury/product liability FILING FEE $ 150.00 RECEIPT # 77046; jury demand (fcc) (Entered: 09/01/2004) |
| 08/31/2004 | | **Set Jury Flag (fcc) (Entered: 09/01/2004) |
| 08/31/2004 | | NOTICE OF ASSIGNMENT Judge W. A. Pepper Jr. and Magistrate Judge Eugene M. Bogen (fcc) (Entered: 09/01/2004) |
| 08/31/2004 | | SUMMONS(ES) issued for Pfizer, Inc.; returned to attorney for service of process (fcc) (Entered: 09/01/2004) |
| 01/13/2005 | 2 | SUMMONS Returned Executed by Leroy Anderson, et al. Pfizer, Inc. served on 1/11/2005, answer due 1/31/2005. (dmd, USDC) (Entered: 01/19/2005) |
| 01/24/2005 | 3 | STIPULATION AND ORDER staying defendant's obligation to file answer to complaint until such time as the MDL panel rules on the motion to transfer. Should MDL panel decline transfer, response would be due within 30 days of entry of order. Signed by Judge W. Allen Pepper, Jr. on 01/24/05. (pbs, USDC) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/25/2005 14:04:07 | | |
| **PACER Login:** | us2510 | **Client Code:** |

Case 1:05-cv-10835-PBS   Document 4-2   Filed 04/25/2005   Page 6 of 6

| Description: | Docket Report | Search Criteria: | 4:04-cv-00275-WAP-EMB |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.16 |