

# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
#### NORTHERN DISTRICT OF MISSISSIPPI

**ARLEN B. COYLE**
CLERK

**May 12, 2005**

301 WEST COMMERCE STREET
SUITE 310
POST OFFICE BOX 704
ABERDEEN, MS 39730
TELEPHONE: (601) 369-4952
FACSIMILE: (601) 369-9569

911 JACKSON AVENUE, SUITE 369
POST OFFICE BOX 727
OXFORD, MS 38655
TELEPHONE: (601) 234-1971
FACSIMILE: (601) 236-5210

305 MAIN STREET, SUITE 329
GREENVILLE, MS 38701-4013
TELEPHONE: (601) 335-1651
FACSIMILE: (601) 332-4292

Kimberly M. Abaid, Deputy Clerk
U. S. District Court
1 Courthouse Way
Boston, Massachusetts 02210

Re: Anderson, et al v. Pfizer, Inc., et al,
   No. 4:04cv275-W-B
   Dist. Of MA No: 1:05cv10835 PBS

Dear Kimberly:

Pursuant to your instructions and accompanying certified copy of Transfer Order in re Neurontin Marketing and Sales Practices Litigation, I am enclosing herewith the above original case file, certified copy of docket entries and a copy of the transfer order for the case now pending in your district.

I am, by copy of this letter, informing counsel of record that my file has been closed.

Very truly yours,

Arlen B. Coyle, Clerk

s/ Joyce T Almond

Joyce T. Almond, Deputy in Charge
Greenville Division

Enclosures

cc: Counsel of Record

CLOSED, JURY

# U.S. District Court
## Northern District of Mississippi (Greenville Division)
### CIVIL DOCKET FOR CASE #: 4:04-cv-00275-WAP-EMB

Anderson, et al v. Pfizer, Inc., et al                         Date Filed: 08/31/2004
Assigned to: W. Allen Pepper                              Jury Demand: Plaintiff
Referred to: Eugene M. Bogen                           Nature of Suit: 365 Personal Inj.
Demand: $0                                                            Prod. Liability
Cause: 28:1332 Diversity-Personal Injury         Jurisdiction: Diversity

**Plaintiff**

**Leroy Anderson**          represented by    **Levi Boone, III**
                                                                                  BOONE LAW FIRM
                                                                                  P. O. Box 1772
                                                                                  Cleveland, MS 38732-1772
                                                                                  (662) 843-7946
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lois Adams**                 represented by    **Levi Boone, III**
                                                                                  (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie A. Barber**        represented by    **Levi Boone, III**
                                                                                  (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerrell M. Bearden**   represented by    **Levi Boone, III**
                                                                                  (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sue Beckum**  represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roy Carrol**  represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Drennan**  represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Faith Renee Ford**  represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annie nmi Gatewood**  represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Anthony Green**  represented by **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lee Allan Haley**  represented by **Levi Boone, III**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melvin Harris**	represented by	**Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James nmi Hunter**	represented by	**Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charlotte Jenkins**	represented by	**Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Marie Knight**	represented by	**Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonya Lewis**	represented by	**Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Lott**	represented by	**Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Lowe**                      represented by    **Levi Boone, III**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Torry Martin**            represented by    **Levi Boone, III**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Warren Nancy**                    represented by    **Levi Boone, III**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna M. Pierce**                 represented by    **Levi Boone, III**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney E. Plant**                 represented by    **Levi Boone, III**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Allen Prince**               represented by    **Levi Boone, III**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Ann Rhodes**             represented by    **Levi Boone, III**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Frank Smith, Jr.   represented by   **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Louisia Smith   represented by   **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Gregory nmi Suber   represented by   **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Carlene Thomas   represented by   **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Re'Shedia Young   represented by   **Levi Boone, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**
*individually and as sucessor in interest to Parke-Davis*

**Defendant**

Warner Lambert Company

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2004 | 1 | COMPLAINT for product injury/product liability FILING FEE $ 150.00 RECEIPT # 77046; jury demand (fcc) (Entered: 09/01/2004) |
| 08/31/2004 | | **Set Jury Flag (fcc) (Entered: 09/01/2004) |
| 08/31/2004 | | NOTICE OF ASSIGNMENT Judge W. A. Pepper Jr. and Magistrate Judge Eugene M. Bogen (fcc) (Entered: 09/01/2004) |
| 08/31/2004 | | SUMMONS(ES) issued for Pfizer, Inc.; returned to attorney for service of process (fcc) (Entered: 09/01/2004) |
| 01/13/2005 | 2 | SUMMONS Returned Executed by Leroy Anderson, et al. Pfizer, Inc. served on 1/11/2005, answer due 1/31/2005. (dmd, USDC) (Entered: 01/19/2005) |
| 01/24/2005 | 3 | STIPULATION AND ORDER staying defendant's obligation to file answer to complaint until such time as the MDL panel rules on the motion to transfer. Should MDL panel decline transfer, response would be due within 30 days of entry of order. Signed by Judge W. Allen Pepper, Jr. on 01/24/05. (pbs, USDC) |
| 04/25/2005 | 4 | UNCERTIFIED TRANSFER ORDER by the Judicial Panel on Multidistrict Litigation (Attachments: # 1)(jta, USDC) |
| 05/02/2005 | 5 | MDL TRANSFER ORDER, dkt # 1:05cv10835 PBS, District of Massachusetts (jta, USDC) (Entered: 05/12/2005) |
| 05/12/2005 | 6 | Case Transferred to District of Massachusetts. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (jta, USDC) |

## PACER Service Center

| Transaction Receipt | | | |
|---|---|---|---|
| 05/19/2005 10:24:54 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:04-cv-00275-WAP-EMB |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |